[26 NE3d 1175, 3 NYS3d 320]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GIBSON, Appellant.

Decided February 17, 2015

### APPEARANCES OF COUNSEL

*John P.M. Wappett, Public Defender*, Lake George (*Bryan M. Racino* of counsel), for appellant.

*Kathleen B. Hogan, District Attorney*, Lake George (*Emilee B. Davenport* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

A determination whether exigent circumstances existed to justify the warrantless entry into the apartment involves a mixed question of law and fact. Where, as here, there exists record support for the Appellate Division's resolution of this question, the issue is beyond this Court's power of review (*see People v Brown*, 95 NY2d 942 [2000]; *People v Hallman*, 92 NY2d 840 [1998]).

We agree with the Appellate Division that defendant's remaining contentions lack merit or are unpreserved.

Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA and ABDUS-SALAAM concur; Judges STEIN and FAHEY taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.